# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone (212) 317-1200
New York, New York 10165               Facsimile (212) 317-1620

December 28, 2018

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Tepole, et al. v. Nicky Meatballs Inc., et al*
       Case No. 17-cv-3780-PKC

Dear Judge Castel:

> [Handwritten annotation:] The Court concludes that the terms and conditions of the settlt, including attorneys' fees are fair and reasonable, except that no fees shall be taken into income by Michael Faillace & Associates, P.C. except on a pro rata basis with plaintiff Antonio and Cuaha; because payments are made over time, plaintiff's counsel shall assume the risk to of non-payment on the same basis as his clients.

      This office represents Plaintiffs Marco Antonio Tetlactle Tepole and David Cuahua Tetlactle ("Plaintiffs") in the above-referenced matter. We submit this letter, together with Defendants' counsel, to respectfully request that the Court approve the settlement reached between Plaintiffs and Defendants Nicky Meatballs Inc. (d/b/a Polpette) and Nicholas Mormando ("Defendants" and together with Plaintiffs, the "Parties").

      The Parties have agreed to resolve this action on the mutually acceptable terms. The Parties' agreement has been memorialized in a fully executed Settlement Agreement (the "Agreement"), a copy of which is attached hereto as **Exhibit A.** We therefore ask the Court to approve the settlement, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

      The Parties represent to the Court that, as a result of the mediated settlement, they believe that the Agreement is fair, as discussed herein.

> [Handwritten annotation:] The action is dismissed. The Clerk shall close the case. SO ORDERED [signature] USDJ 1-4-19

**Background**

      Plaintiffs allege the following:

      Plaintiffs were employed by Defendants to work at an Italian restaurant located at 483 Amsterdam Avenue, New York, New York 10024 under the name "Polpette."

      Plaintiff Marco Antonio Tetlactle Tepole ("Plaintiff Antonio") was employed by Defendants as a dishwasher and ostensibly as a delivery worker from approximately March 2012 until on or about April 20, 2017. From approximately March 2012 until on or about April 20, 2017, Plaintiff Antonio typically worked 90 hours per week. Throughout his entire employment, Defendants paid Plaintiff Antonio his wages in cash. From approximately March 2012 until on or about May 2012, Defendants paid Plaintiff Antonio a fixed salary of $550 per week. From approximately June 2012 until on or about June 2014, Defendants paid Plaintiff Antonio $350 per